UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HASSANNA GRIER,

    Plaintiff,

v.                                            Case No. 8:23-cv-2916-WFJ-NHA

IN TOWN SUITES CLERK,
TAMPA POLICE DEPARTMENT, and
HILLSBOROUGH COUNTY
SHERIFF'S OFFICE,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff' amended motion to proceed *in forma pauperis* (Dkt. 15) and the United States Magistrate Judge's report recommending that the Amended Complaint (Dkt. 14) be dismissed with prejudice (Dkt. 16). The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge, in a thorough analysis, found that the amended complaint (Dkt. 14) does not demonstrate, after several attempts, why this Court has jurisdiction over her claims. Additionally, the Court does not have the authority to authorize her suit without requiring prepayment of the filing fee, as conveyed to Plaintiff in

prior orders and as stated in the report (Dkts. 8, 11, 13, 16).  The Court agrees based on the reasons explained in the Report and Recommendation and in conjunction with an independent examination of the file.  Accordingly, the Court rules as follows:

    1. The Report and Recommendation (Dkt. 16) is adopted, confirmed, and approved in all respects and made a part of this order.

    2. Plaintiff's amended motion to proceed *in forma pauperis* (Dkt. 15) is denied.

    3. Plaintiff's amended complaint (Dkt. 14) is dismissed with prejudice. Plaintiff is not permitted to refile an amended complaint.

    4. The Clerk is directed to terminate any pending deadlines and close the case.

    **DONE AND ORDERED** at Tampa, Florida, on August 12, 2024.

                                                 WILLIAM F. JUNG
                                                 UNITED STATES DISTRICT JUDGE

**COPY FURNISHED TO:**
Plaintiff, *pro se*